IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH D. RAMSEY, Trustee of the Ramsey Family Revocable Living Trust,<br><br>   Plaintiff,<br><br>v.<br><br>ALTERRA EXCESS & SURPLUS INSURANCE COMPANY, and FRATES INSURANCE & RISK MANAGEMENT, LLC d/b/a FRATES INSURANCE & RISK MANAGEMENT,<br><br>   Defendants. | Case No. CIV-15-443-D |

## **O R D E R**

Before the Court is Plaintiff's Amended Motion to Remand [Doc. No. 14]. There being no objection, the Court finds Plaintiff's motion should be **GRANTED** and this matter is accordingly **REMANDED** to the District Court of Cleveland County, State of Oklahoma for further proceedings.

IT IS SO ORDERED this 21st day of October, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE